```
                                              ____FILED      ____ENTERED
                                              ____LODGED     ____RECEIVED
      IN THE UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF MARYLAND          MAY 1  2000
                                                   AT BALTIMORE
FAY ARLENE SIMPSON, ET AL.,     :              CLERK U.S. DIST.
                                           BY    DISTRICT OF MARYLAND
       Plaintiffs,              :                                    DEPUTY

Vs.                             :
                                    CIVIL ACTION NO. WMN 00 CV 351
SACRED HEART HOSPITAL OF THE    :
SISTERS OF CHARITY, INC.,
                                :
       Defendant.
                                :

       :   :   :   :   :   :   :   :
```

## AMENDED SCHEDULING ORDER

Upon review and consideration of the parties' joint request for modification of the Scheduling Order in the above-captioned matter, it is this 28th day of April, 2000, hereby,

ORDERED, that the Scheduling Order will be modified as follows:

1. Plaintiff's Rule 26(a)(2) disclosures re experts, previously scheduled for May 1, 2000, shall henceforth be due on May 17, 2000;

2. Defendant's Rule 26(a)(2) disclosures re experts, previously scheduled for May 30, 2000, shall henceforth be due on June 16, 2000;

3. Plaintiff's rebuttal Rule 26(a)(2) disclosures re experts, previously scheduled for June 13, 2000, shall henceforth be due on June 29, 2000;

4. Rule 26(a)(2) supplementation of disclosures and responses, previously scheduled for June 20, 2000, shall henceforth be due on July 6, 2000;



5.      Discovery deadlines and submission of status report, previously scheduled for July 14, 2000, shall henceforth be due on July 30, 2000;

6.      Dispositive pretrial motions, previously scheduled for August 14, 2000, shall henceforth be due on August 30, 2000; and

7.      All other instructions and provisions set forth in the original Scheduling Order shall remain unchanged and shall be heeded by the parties.

_____
WILLIAM M. NICKERSON,
United States District Court Judge

Copies to:

Gorman E. Getty, III, Esquire
BRITT • GETTY LAW OFFICES
23 Washington Street
Post Office Box 1485
Cumberland, Maryland 21501-1485
    *Attorneys for Plaintiff*

Gertrude C. Bartel, Esquire
KRAMON & GRAHAM, P.A.
One South Street
Suite 2600
Baltimore, Maryland 21202
    *Attorneys for Defendant*

# Britt • Getty Law Offices
Attorneys and Counsellors at Law

P.O. Box 1485
23 Washington Street
Cumberland, Maryland 21501-1485
301.777-8032
301.777.7048 FAX

GORMAN E. GETTY, III
ADMITTED IN MARYLAND

April 27, 2000

VIA UPS - NEXT DAY AIR

The Honorable William M. Nickerson
United States District Court for the
 District of Maryland
U. S. Court House
3rd Floor, Room 330
101 West Lombard Street
Baltimore, Maryland 21201

Re: Fay Arlene Simpson, et al., v. Sacred Heart Hospital
of the Sisters of Charity, Inc.
Civil Action No.: WMN 00 CV 351
United States District Court for the District of Maryland

Dear Judge Nickerson:

Counsel for the parties in the above-referenced matter respectfully request a modification of the existing Scheduling Order to allow additional time for discovery. Each of the parties have propounded and will shortly respond to written discovery. Some depositions have been scheduled in the month of May, but it is believed that a brief extension of the existing Scheduling Order to extend discovery to July 30, 2000, would be appropriate. With this brief extension, the other dates in the current Scheduling Order concerning identification of experts and the filing of the status report and motions would be modified accordingly. I have enclosed a proposed Amended Scheduling Order to accomplish those ends.

I have discussed these matters with Ms. Bartel, as attorney for the Defendant, and she has reviewed the attached Amended Scheduling Order and is in agreement with this request.

We thank you for your attention to this matter.

Very truly yours,

BRITT• GETTY LAW OFFICES

By _____
Gorman E. Getty, III

GEG/vas
Enclosure
cc: Gertrude C. Bartel, Esquire