IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND



| | | |
|---|---|---|
| FAYE ARLENE SIMPSON, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: WMN 00 CV 351 |
| SACRED HEART HOSPITAL OF THE SISTERS OF CHARITY, INC. | * | |
| Defendant. | * | |

\* \* \* \* \* \* \*   \* \* \* \* \*

## STIPULATION TO EXTEND CERTAIN DEADLINES

The parties, through their undersigned counsel, stipulate to the extension of the following deadlines established by this Court's Amended Scheduling Order:

1. The extension of the deadline for Defendant to file its Certificate of Defensibility and Rule 26(a)(2) disclosures from June 16, 2000 to June 30, 2000.

2. The extension of the deadline for Plaintiffs to file their Rule 26(a)(2) disclosures for rebuttal experts from June 29, 2000 to July 21, 2000.

3. The extension of the deadline for the parties to supplement their Rule 26(a)(2) disclosures from July 6 to July 31, 2000.

4. The extension of the deadline for discovery and the submission of the status report from July 30, 2000 to September 30, 2000.

5. The extension of the deadline for dispositive pretrial motions from August 30, 2000 to October 31, 2000.

All other instructions and provisions set forth in the original Scheduling

LAW OFFICES
KRAMON & GRAHAM, P.A.
ONE SOUTH STREET
SUITE 2600
BALTIMORE, MARYLAND 21202-3201

410-752-6030

Order shall remain unchanged and shall be heeded by the parties.

_____   _____
Gorman E. Getty, III (Bar No. 01787)   Gertrude C. Bartel (Bar No. 00052)
Britt-Getty Law Offices   KRAMON & GRAHAM, P.A.
23 Washington Street   One South Street
P.O. Box 1485   Suite 2600
Cumberland, Maryland 21501   Baltimore, Maryland 21202
(301) 777-8032   (410) 752-6030

Attorneys for Plaintiffs   Attorneys for Defendant
Sacred Heart Hospital of the Sisters
of Charity, Inc.

APPROVED:

_____ 6/9/00
WILLIAM M. NICKERSON
United States District Judge

LAW OFFICES
KRAMON & GRAHAM, P.A.
ONE SOUTH STREET
SUITE 2600
BALTIMORE, MARYLAND 21202-

410 752-6030

F:\USERS\Steph\TRUDY\SACRED\Simpson.Stip to Ext Deadlines.wpd