IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FAYE ARLENE SIMPSON, et al.                    *

     Plaintiffs,                                             *

v.                                                             *    Civil Action No.:
                                         WMN 00 CV 351

SACRED HEART HOSPITAL OF THE          *
SISTERS OF CHARITY, INC.
                                                                   *

     Defendant.
                                                                   *

*    *    *    *    *    *    *        *    *    *    *    *

## STIPULATION TO EXTEND CERTAIN DEADLINES

        The parties, through their undersigned counsel, stipulate to the extension of the following deadlines established by this Court's Amended Scheduling Order:

        1.    The extension of the deadline for discovery and the submission of the status report from September 30, 2000 to October 31, 2000.

        2.    The extension of the deadline for dispositive pretrial motions from October 31, 2000 to November 17, 2000.

        All other instructions and provisions set forth in the original Scheduling Order shall remain unchanged and shall be heeded by the parties.





LAW OFFICES
**KRAMON & GRAHAM, P.A.**
ONE SOUTH STREET
SUITE 2600
BALTIMORE, MARYLAND 21202-3201
410-752-6030

_____    _____
Gorman E. Getty, III (Bar No. 01787)    Gertrude C. Bartel (Bar No. 00052)
Britt-Getty Law Offices                 KRAMON & GRAHAM, P.A.
23 Washington Street                    One South Street
P.O. Box 1485                           Suite 2600
Cumberland, Maryland  21501             Baltimore, Maryland 21202
(301) 777-8032                          (410) 752-6030

Attorneys for Plaintiffs                Attorneys for Defendant
                                        Sacred Heart Hospital of the Sisters
                                        of Charity, Inc.


APPROVED:

_____  9/29/00
WILLIAM M. NICKERSON
United States District Judge

LAW OFFICES
KRAMON & GRAHAM, P.A.
ONE SOUTH STREET
SUITE 2600
BALTIMORE, MARYLAND 21202-3201
(410) 752-6030

F:\USERS\Steph\TROBY SACRED\Stipsw\Stip to 1st Deadlines 2.wpd

LAW OFFICES
**KRAMON & GRAHAM, P.A.**
ONE SOUTH STREET
SUITE 2600
BALTIMORE, MARYLAND 21202-3201

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 SEP 29  P 4: 53

TELEPHONE: (410) 752-6030
FACSIMILE: (410) 539-1269

CLERK'S OFFICE
AT BALTIMORE

_____ DEPUTY

GERTRUDE C. BARTEL
_____
ALSO ADMITTED IN DC

E-MAIL
gbartel@kg-law.com

September 29, 2000

**VIA HAND DELIVERY**

The Honorable William M. Nickerson
United States District Judge
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

> RE:    Fay Arlene Simpson, et al. v.
>         Sacred Heart Hospital of the Sisters of Charity, Inc.
>         Civil Action No.: WMN-00-CV-351

Dear Judge Nickerson:

I write on behalf of the parties in the captioned action to provide the Court with a status report. We have almost completed discovery. We have taken the necessary depositions except for the deposition of one expert and three fact witnesses. For that reason, the parties are jointly requesting an extension of the discovery deadline. I have enclosed a Stipulation to Extend Certain Deadlines for the Court's consideration which extends the discovery deadline from September 30th until October 31st and the deadline for motions from October 31 to November 17. The remaining depositions have been tentatively scheduled for October 18 and 26 so we are confident we can conclude discovery by the new deadline if approved by the Court. We appreciate the Court's consideration.

Respectfully,

Gertrude C. Bartel

GCB/sas
Enclosure
cc:    Gorman E. Getty, III, Esquire (w/enclosure)